AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Paul Weckel, and all other Plaintiffs similarly situated known and unknown,

V.

Arjo, Inc., and Don Smith, individually

CASE NUMBER: 08CV1601

ASSIGNED JUDGE: JUDGE MORAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Don Smith
Arjo, Inc.
50 N Gary Ave.
Roselle, IL 60172

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc J. Siegel
Caffarelli & Siegel Ltd.
180 N. Stetson Ave.
Suite 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK

March 19, 2008
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Paul Weckel, and all other Plaintiff's similarly situated known and unknown | |
| vs. Arjo, Inc. and Don Smith, individually | Case Number   08 CV 1601 |

### AFFIDAVIT OF SERVICE

I, Ryan Flaska, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 20 day of March, 2008, at 10:36 AM at 50 North Gary Ave., Roselle, IL 60172, did serve the following document(s):

**Summons and Complaint**

Upon:   **Don Smith**

By:   ☑ Personally serving to:   Don Smith

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 50 North Gary Ave., Roselle, IL 60172 on

| Description: Sex | **Male** | Race | **White** | Approximate Age | **50** |
|---|---|---|---|---|---|
| Height | **5'11** | Weight | **180** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Ryan Flaska
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101