## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PAUL WECKEL, and all other Plaintiffs similarly situated known and unknown, | |
| Plaintiff, | No. 08 CV 1601 |
| v. | Judge Moran |
| | Magistrate Judge Valdez |
| ARJO, INC., and DON SMITH, individually, | |
| Defendants. | |

## NOTICE OF MOTION FOR ORDER TO SEND NOTICE TO SIMILARLY SITUATED PERSONS PURSUANT TO 29 U.S.C. § 216(b)

**PLEASE TAKE NOTICE** that on April 7, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Motion for Order to Send Notice to Similarly Situated Persons pursuant to 29 U.S.C § 216(b), copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Moran, or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, on the 15th day of April, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ Marc J. Siegel
Attorney for Plaintiff

Marc J. Siegel, #06238100
Bradley Manewith, #06280535
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Ste. 3150
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Motion for Order to Send Notice to Similarly Situated Persons pursuant to 29 U.S.C § 216(b), to be served upon the parties listed below via U.S. Mail on April 7, 2008.

| | |
|---|---|
| Arjo, Inc. | Mr. Don Smith |
| c/o Mark Harwood – President | 50 N. Gary Ave. |
| 50 N Gary Ave. | Roselle, IL  60172 |
| Roselle, IL 60172 | |

Courtesy copies delivered to the chambers of Judge Moran via hand delivery.

/s/  Marc J. Siegel
Marc J. Siegel
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601