U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08cv1601
PAUL WECKEL, et al., Plaintiffs,
-vs-
ARJO, INC. and DON SMITH, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants ARJO, INC. and DON SMITH.

| | |
|---|---|
| NAME (Type or print) Peter R. Bulmer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Peter R. Bulmer / | |
| FIRM Jackson Lewis LLP | |
| STREET ADDRESS 320 West Ohio Street, Suite 500 | |
| CITY/STATE/ZIP Chicago/IL/60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6192960 | TELEPHONE NUMBER (312) 787-4949 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |