UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL WECKEL, and all other<br>Plaintiffs similarly situated known<br>and unknown, | ) ) ) | |
| | ) | Case No. 08 CV 1601 |
| Plaintiff, | ) | |
| vs. | ) | Judge Moran |
| | ) | Magistrate Judge Valdez |
| ARJO, INC. and DON SMITH,<br>individually, | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants Arjo, Inc. and Don Smith, by their attorney, and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby move this Court for a 14-day extension of time, until April 23, 2008, to answer or otherwise plead to Plaintiff's Complaint At Law. In support of their motion, Defendants state as follows:

1. Plaintiff filed his complaint on March 19, 2008, and thereafter effected service of the summons and complaint.

2. Defendants' respective responsive pleadings currently are due April 9, 2008.

3. The current responsive pleading deadline does not afford Defendants' counsel time to investigate adequately the core allegations of the complaint so as to permit a full and fair response to the allegations of the complaint.

4. Counsel for the parties have agreed to engage in a discovery planning conference pursuant to Rule 26(f) on April 11, 2008, and such conference will not be delayed by the granting of this motion.

5.      On April 7, 2008, the undersigned counsel for Defendants advised Marc Siegel, one of the attorneys for Plaintiff, of Defendants' intention to move for a 14-day extension of time to answer or otherwise plead to the complaint.  Mr. Siegel stated that he did not object to a 14-day extension of Defendants' responsive pleading deadline.

6.      No party will be prejudiced by granting the extension requested in this motion.

7.      This motion is brought in good faith and not for purposes of delay.

WHEREFORE, Defendants respectfully request that their motion be granted and that an order be entered setting April 23, 2008 as the deadline by which Defendants' are to answer or otherwise plead to Plaintiff's complaint in this action.

Respectfully submitted,

ARJO, INC. and DON SMITH

By: _/s/ Peter R. Bulmer_____
        Their Attorney

Peter R. Bulmer
Jackson Lewis LLP
320 West Ohio Street
Suite 500
Chicago, IL  60610
(312) 787-4949

<u>CERTIFICATE OF SERVICE</u>

The undersigned attorney or record hereby certifies that on this 7th day of April, 2008, he caused the foregoing Defendants' Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead To Plaintiff's Complaint to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

> Marc J. Siegel
> Bradley Manewith
> Caffarelli & Siegel Ltd.
> Two Prudential Plaza
> 180 North Stetson, Suite 3150
> Chicago, IL  60601

By:  __/s/ Peter R. Bulmer___