UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL WECKEL, and all other Plaintiffs similarly situated known and unknown,<br><br>Plaintiff,<br><br>vs.<br><br>ARJO, INC. and DON SMITH, individually,<br><br>Defendants. | Case No. 08 CV 1601<br><br>Judge Moran<br>Magistrate Judge Valdez |

**NOTICE OF MOTION:**
**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

TO:   Marc J. Siegel and Bradley Manewith
      Caffarelli & Siegel Ltd.
      Two Prudential Plaza
      180 N. Stetson, Suite 3150
      Chicago, IL  60601

PLEASE TAKE NOTICE that at **9:00 a.m. on Tuesday, April 15, 2008**, Defendant will appear before the Honorable James B. Moran, or any judge sitting in his stead, in Courtroom 1843, and present Defendants' Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead To Plaintiff's Complaint, a copy of which is being served upon you contemporaneously with service of this notice.

ARJO, INC. and DON SMITH


By: /s/ Peter R. Bulmer
      Their Attorney

Peter R. Bulmer
Jackson Lewis LLP
320 West Ohio Street
Suite 500

1

Chicago, IL  60610
(312) 787-4949

CERTIFICATE OF SERVICE

The undersigned attorney or record hereby certifies that on this 7th day of April, 2008, he caused the foregoing Notice Of Motion:  Defendants' Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead To Plaintiff's Complaint to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

>Marc J. Siegel
>Bradley Manewith
>Caffarelli & Siegel Ltd.
>Two Prudential Plaza
>180 North Stetson, Suite 3150
>Chicago, IL  60601

By:    /s/ Peter R. Bulmer