UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Paul Weckel
                    Plaintiff,

v.                                        Case No.: 1:08–cv–01601
                                                    Honorable James B. Moran

Arjo, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable James B. Moran:Motion hearing held on 4/15/2008 regarding motion for order [12]. Defendants' response to plaintiff's motion for order to send notice to similarly situated persons pursuant to 29 U.S.C. 216(b) [ 12] to be filed by 4/25/2008. Plaintiff's reply in support of its motion to be filed by 5/2/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.