# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| PAUL WECKEL, and all other Plaintiffs similarly situated known and unknown, | |
|---|---|
| Plaintiff, | No. 08 CV 1601 |
| v. | Judge Moran |
| | Magistrate Judge Valdez |
| ARJO, INC., and DON SMITH, individually, | |
| Defendants. | |

## NOTICE OF FILING OF STIPULATION TO DISMISS

**PLEASE TAKE NOTICE** that on April 28, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the following Stipulation to Dismiss.

Dated: April 28, 2008                                    Respectfully submitted,

Marc J. Siegel, #06238100                                PAUL WECKEL
Bradley Manewith, #06280535
Caffarelli & Siegel Ltd.
Two Prudential Plaza                                     By: /s/ Marc J. Siegel
180 North Stetson Ste. 3150                                   Attorney for Plaintiff
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PAUL WECKEL, and all other Plaintiffs similarly situated known and unknown, | |
| Plaintiff, | No. 08 CV 1601 |
| v. | Judge Moran |
| | Magistrate Judge Valdez |
| ARJO, INC., and DON SMITH, individually, | |
| Defendants. | |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Paul Weckel, and Defendants Arjo, Inc. and Don Smith., by their attorneys, hereby stipulate to the dismissal, with prejudice and without costs or attorneys' fees, of the above-captioned lawsuit.

Respectfully submitted,

FOR PLAINTIFF:                                   FOR DEFENDANT:

/s/ Marc J. Siegel                               /s/ Peter R. Bulmer
_____                  _____
One of the attorneys for Paul Weckel             One of the attorneys for Arjo, Inc. and Don Smith

Marc J. Siegel                                   Peter R. Bulmer
Bradley Manewith                                 Jackson Lewis LLP
Caffarelli & Siegel, Ltd.                        320 W. Ohio Street, Ste. 500
Two Prudential Plaza                             Chicago, IL 60610
180 North Stetson, Suite 3150                    Tel. (312) 787-4949
Chicago, Illinois 60601                          Fax (312) 787-4995
Tel: 312-540-1230
Fax: 312-540-1231

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the attached, Stipulation to Dismiss, was served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on April 28, 2008.

Peter R. Bulmer
Jackson Lewis LLP
320 W. Ohio Street, Ste. 500
Chicago, IL 60610
Tel. (312) 787-4949
Fax (312) 787-4995

/s/ Marc J. Siegel_____
Attorney for the Plaintiff