**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Paul Weckel

                          Plaintiff,

v.                                        Case No.: 1:08–cv–01601
                                                  Honorable James B. Moran

Arjo, Inc., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2008:

       MINUTE entry before Judge Honorable James B. Moran:Pursuant to stipulation, case is dismissed pursuant to FRCP 41(a)(1), with prejudice and without costs or attorneys' fees. Status hearing set for 5/15/2008 is stricken. Civil case terminated. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.